# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: SCOTT WILLIAMS<br>          <u>Debtor</u> | CHAPTER 7<br><br>BKY. NO. 16-23760-JAD |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of Quicken Loans Inc., and index same on the master mailing list.

Re: Loan # Ending In: 0480

                                       Respectfully submitted,

                                       **/s/ Joshua I. Goldman, Esquire**
                                       Joshua I. Goldman, Esquire
                                       jgoldman@kmllawgroup.com
                                       Attorney I.D. No. 205047
                                       KML Law Group, P.C.
                                       701 Market Street, Suite 5000
                                       Philadelphia, PA 19106
                                       Phone: 215-825-6306
                                       Fax: 215-825-6406
                                       Attorney for Movant/Applicant